# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER NARRAGON | Case Number: 3:04-00062-2 |
| | USM Number: 16642-075 |
| | G. Kerry Haymaker |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) – Four (4) & Six (6)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall maintain verifiable employment subject to the approval of the United States Probation Office and provide any documentation requested by the Probation Office | 3/11/15 |
| 2 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 3/20/15 |
| 3 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community corrections center at the direction of the Probation Officer | 3/19/15 |
| 4 | Defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment | 3/6/15 |
| 6 | Defendant shall refrain from any unlawful use of a controlled substance | 6/16/15 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) __Five (5)__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __1434__

Defendant's Year of Birth: __1979__

City and State of Defendant's Residence:
Gallatin, Tennessee

January 28, 2016
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

January 28, 2016
Date

| | |
|---|---|
| DEFENDANT: CHRISTOPHER NARRAGON | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:04-00062-02 | |

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>eleven (11) months</u>

Defendant shall serve the balance of the term of Supervised Release with the following additional condition: Defendant shall serve his term of Supervised Release in a halfway house

<u>X</u>   The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant should serve his sentence in a local jail until he transitions to a halfway house.

2. Defendant should be transferred from jail to a halfway house as soon as a bed in the halfway house is available.

<u>X</u>   The Defendant is remanded to the custody of the United States Marshal.

____   The Defendant shall surrender to the United States Marshal for this District:

   ____   at _____ p.m. on _____

   ____   as notified by the United States Marshal.

____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____   before 2 p.m. on _____

   ____   as notified by the United States Marshal.

   ____   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal